886 A.2d 605

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Charles O. KWARTENG, Respondent.**

**Misc. Docket AG No. 7 Sept. Term 2005.**

Court of Appeals of Maryland.

Nov. 21, 2005.

### ORDER

The parties herein have jointly Petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772.

Upon review of said Joint Petition and for the reasons set forth therein, it is this 21st day of November, 2005,

ORDERED, that the Respondent, Charles O. Kwarteng, be, and is hereby, reprimanded.